UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.: 15-22201-BKC-LMI
                                                          Chapter 7
YAMILET NUVIOLA

_____Debtor(s)._____/

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the undersigned counsel for Joel L. Tabas, Chapter 7 Trustee, hereby files this Notice of Change of Address in the above-captioned matter, and requests that all future pleadings, memoranda, correspondence, orders, etc., be directed to the following address:

**NEW MAILING ADDRESS**
**Tabas & Soloff, P.A.**
**Ingraham Building – Suite 248**
**25 SE Second Avenue**
**Miami, FL 33131**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 30, 2017, a true and correct copy of the foregoing Notice was served via the Court's CM/ECF Filing System upon all parties entitled to receive electronic notice for this case, and via U.S. Mail to:

YAMILET NUVIOLA
531 SW 61 Avenue
Miami, FL 33144

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Florida Bar No. 516902
Tabas & Soloff, P.A.
*Attorneys for Chapter 7 Trustee*
Ingraham Building
25 SE Second Avenue – Suite 248
Miami, Florida 33131
Telephone:   (305) 375-8171
Facsimile:    (305) 381-7708
jtabas@tabassoloff.com